UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHON WILLIAMS,

                Plaintiff,

-against-

COLBY, THOMPSON, ET AL,

                Defendants.

22-CV-4022(LTS)

CIVIL JUDGMENT

For the reasons stated in the September 19, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 19, 2022
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge